UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRACEY MYLES, ET AL.                                             CIVIL ACTION

VERSUS

WALMART INC.                                                     NO. 20-00783-BAJ-SDJ

### RULING AND ORDER

On November 23, 2022, the Magistrate Judge issued a **Report And Recommendation (Doc. 19, the "R&R")** recommending that the above-captioned action be transferred to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. § 1391(b)(2) and 28 U.S.C. § 1406(a). The Magistrate Judge concluded that venue is improper in the Middle District of Louisiana because this Court lacks personal jurisdiction over the Defendant, and because "a substantial part of the events or omissions giving rise to the claim occurred" in Kansas. 28 U.S.C. § 1391(b)(2). The Magistrate Judge also determined that "in the interest of justice," this action should be transferred and not dismissed for improper venue. 28 U.S.C. § 1406(a). The Parties do not object to the R&R.

Having carefully considered Defendant's Motion to Dismiss for Improper Venue, or Alternatively, Motion to Transfer to the United States District Court for the District of Kansas (Doc. 17), and the Defendant's Memorandum setting forth its position regarding whether venue is proper in the Middle District of Louisiana (Doc. 17-1), the Court **APPROVES** the Magistrate Judge's Report And Recommendation

and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Defendant's Motion to Dismiss for Improper Venue, or Alternatively, Motion to Transfer to the United States District Court for the District of Kansas be and is hereby **GRANTED IN PART** and **DENIED IN PART**. To the extent the Motion requests transfer of the above-captioned action, it is **GRANTED**. To the extent the Motion requests dismissal of the above-captioned action for improper venue, it is **DENIED**.

**IT IS FURTHER ORDERED** that this action be transferred to the United States District Court for the District of Kansas.

Baton Rouge, Louisiana, this 20th day of December, 2022

*[signature]*

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA